RECEIVED
NOV 21 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Monique Renee Dowd**,

Defendant.

Docket No. 0:02CR00250-001(JMR)

On May 28, 2003, the above defendant was placed on supervision for a period of 5 years probation. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21 day of November, 2005.

Honorable James M. Rosenbaum
Chief U.S. District Judge

SCANNED
NOV 21 2005
U.S. DISTRICT COURT MPLS